# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

149317

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RENYATTA ANNETTE HAMILTON,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149317
COA: 312910
Macomb CC: 2012-000570-FC

On order of the Court, the application for leave to appeal the March 25, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

t1015